FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 FEB 19 PM 2: 05

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) **INFORMATION**
) CR 418-178
MATTHEW R. FAIR )
)
Defendant )

## ORDER

The Government's motion to dismiss the foregoing Information without

prejudice is GRANTED.

SO ORDERED, this 19th day of February_____, 2019.

HON. C. L. RAY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA